FILED

03/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0747

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0747

IN RE THE MARRIAGE OF:

SHAWN M. STUTZMAN

Petitioner and Appellee,

and

ORDER

KRIS STUTZMAN

Respondent and Appellant.

After reviewing the Appellant's Brief filed on March 25, 2024, this Court has determined that the brief does not comply with the Montana Rules of Appellate Procedure for the below-referenced reasons and must be resubmitted.

First, Rule 13(2) requires an Appellant to file a signed original brief and copies with Clerk of the Supreme Court. The Appellant's Brief is unsigned, and thus not in compliance with the Rules.

Second, Rule 12(1)(d) requires that the statement of the facts in a brief contain references to the pages or the parts of the record at which material facts appear. Furthermore, Rule 12(9) provides that references to the record must be to particular parts of the record, suitably designated, and to specific pages of each part (e.g., Answer, p.7; Motion for Summary Judgment, p.3; Transcript, p. 231) and that a reference to an exhibit shall be made to the pages of the transcript on which the exhibit was identified, offered, and received or rejected.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within twenty (20) days of the date of this Order Appellant shall electronically file with the Clerk of this Court a revised brief containing

the revisions necessary to comply with the specified Rules and shall serve copies of the revised brief on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to Appellant and to all parties of record.

DATED this 25th day of March, 2024.

For the Court,

By _____
                    Justice